# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Terrance Turner,

Plaintiff,

v.

SBGA; et al.,

Defendants.

Case No. 2:25-cv-02000-JAD-DJA

**Order**

After the Court denied his application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee) pro se Plaintiff Terrance Turner paid the filing fee.  (ECF No. 4). Because Plaintiff is no longer proceeding under 28 U.S.C. § 1915, the Court will not screen his complaint.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to file Plaintiff's complaint (ECF No. 1-1) on the docket and issue summonses**.**

**IT IS FURTHER ORDERED** that the Clerk of Court is also kindly directed to add Plaintiff's email address to the docket pursuant to his consent for electronic service of documents (ECF No. 1-6).

DATED: May 19, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE