# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

Terrance Turner,

Plaintiff,

v.

SBGA, et al.,

Defendants.

Case No. 2:25-cv-02000-JAD-DJA

**Order**

This matter is before the Court on Plaintiff's returned filing fee. Plaintiff now has an outstanding balance of <u>$458.00</u> which includes the filing fee of $405.00 plus the returned check fee of $53.00. Plaintiff must therefore initiate his case by either paying the full $405.00 filing fee or filing a complete application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee) on the Court's Long Form. The returned check fee of $53.00 will remain due. If Plaintiff cannot pay the $53.00 returned check fee, he must file a motion seeking waiver of that fee and explaining in detail why he cannot pay it.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff must either pay the full $405.00 filing fee or file a complete application to proceed *in forma pauperis* on the Court's Long Form[1] application or before **June 26, 2026.**

**IT IS FURTHER ORDERED** that Plaintiff must pay the returned check fee of $53.00 or file a detailed motion seeking waiver of that fee on or before **June 26, 2026.**

**IT IS FURTHER ORDERED** that failure to comply with this order will result in the recommended dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: May 27, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form and its instructions can also be found at https://www.nvd.uscourts.gov/courtinformation/forms/ under Code AO 239.